# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-FLINT

IN RE:                                          CHAPTER 13
Thao Nguyen                           CASE NO: 19-31231
                                                       JUDGE: Joel D. Applebaum
         **Debtor**
_____/

## ORDER ADJOURNING CONFIRMATION HEARING

IT IS HEREBY ORDERED that the Confirmation Hearing shall be adjourned to January 14, 2020 at 9:00 a.m.

IT IS FURTHER ORDERED that this case may be confirmed prior to the adjourned date upon the approval of objecting creditors and the Chapter 13 Trustee.

IT IS FURTHER ORDERED that Debtor's counsel shall serve a copy of the entered order on the Debtor and any interest parties as applicable within 7 days.

**Signed on November 13, 2019**



/s/ Joel D. Applebaum
Joel D. Applebaum
United States Bankruptcy Judge