UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: **Thao Nguyen**

Debtor(s).

CHAPTER 13
CASE NO: **19-31231**
JUDGE

## **ORDER CONFIRMING PLAN**

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of **Doug Dern P64567**, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ **3,500.00** in fees and $ **0** in expenses, and that the portion of such claim which has not already been paid, to-wit: $ **2,500.00** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

**IT IS FURTHER ORDERED** that the Debtor(s) shall provide a complete copy of their annual federal income tax returns during case pendency on or before June 1 of the filing tax year or if unfiled, provide a copy of the extension to the Trustee. Should the Debtor(s) not provide the requested tax information to the Trustee then the Trustee may file a Notice of Default giving the Debtor(s) 21 days to respond as to why the information has not been provided. Upon the filing of the response the Court shall set a hearing on the matter.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]
X  Other: Trustee shall pay arrears of Select Portfolio Servicing constant with the Proof of claim.

X  Unsecured creditors shall receive $3,066 under the best interest of the creditor test. And the plan payment shall increase to $2783.66


**Objections Withdrawn**
For Creditor
/s/Heather McGiven
Attorney for SPS
PO Box 5041
Troy MI


Approved:
/s/ Carl L Bekofske
Carl L. Bekofske P10645
Melissa Caouette P62729
Chapter 13 Standing Trustee's Office
400 N. Saginaw St., Ste. 331
Flint MI 48502
(810) 238-4675
ecf@flint13.com

**Signed on January 8, 2020**

/s/ Doug Dern
Attorney for Debtor
11636 Highland Rd.
Hartland MI 48353
(810) 632-9160
law4less@aol.com
P64567



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**