| | |
|---|---|
| IN RE:<br>Thao Nguyen,<br><br>**Debtors**<br>_____/ | CHAPTER 13<br>CASE NO: 19-31231<br>JUDGE: Joel D. Applebaum |

Doug Dern (P64567)
11636 Highland Rd. #107
Hartland MI 48353
810-632-9160
Law4less@aol.com

## PROPOSED CHAPTER 13 PLAN MODIFICATION

Debtor proposes to modify the confirmed chapter 13 plan pursuant to LBR 3015-2 (b) as follows:

1. The Debtor's the Chapter 13 payment will be increased to $5567.32 a month for 3 months. Then go back to the current payment in October 2020. This $5567.32 shall be for July, August, And September 2020.
2. The additional funds to be paid by the Chapter 13 Trustee to the creditor U of M credit Union for 2018 Honda CRV. This is a special issue caused by Coronavirus as per order by this court doc 55.

3. This plan modification will not fracture the plan and has the following effect on the following classes:

Class one: Full payment.
Class two: Full payment.
Class three: NA
Class four: NA
Class five: Full payment
Class six: NA
Class seven: Full payment
Class eight: same as original plan.
Class nine: Same as Original.
Dated: 06/30/2020

/s/Doug Dern
　Doug Dern (P64567)
11636 Highland Rd. #107
Hartland MI 48353
810-632-9160
Law4less@aol.com