**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DISTRICT**

In the Matter of:

THAO NGUYEN

Case No. 19-31231-JDA
Chapter 7
HON. Joel D. Applebaum

Debtor(s)
_____/

## NOTIFICATION OF INTENT TO FILE FINAL REPORT

TO THE CLERK OF THE COURT:

    This is to inform the Court that the Final Report and account for this estate will be filed approximately ninety (90) days from the date of this notice.


Dated: July 6, 2022
/s/ Samuel D. Sweet
SAMUEL SWEET, Trustee
CHAPTER 7 TRUSTEE
52 E. Burdick St. #10
Oxford, MI 48371
(248) 236-0985
trusteesweet@hotmail.com